AMBROSE ET AL. *v.* WELLS ET AL.

No. 580.   Decided December 8, 1969

*John M. Armentano* for appellants.

*Robert B. McKay* for Wells, and *Louis J. Lefkowitz,* Attorney General of New York, *pro se,* and *George D. Zuckerman,* Assistant Attorney General, for Rockefeller et al., appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.

GOODING, WARDEN *v.* WILSON

No. 582.   Decided December 8, 1969

*Arthur K. Bolton,* Attorney General of Georgia, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, *Marion O. Gordon* and *Courtney Wilder Stanton,* Assistant Attorneys General, and *Franklin Pierce* for appellant.

PER CURIAM.

The motion of the appellee for leave to proceed *in forma pauperis* is granted.  The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.